IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FULTON BANK, N.A.<br>One Penn Square<br>Lancaster, Pennsylvania 17602<br><br>       Plaintiff,<br><br>     v.<br><br>1705 DESALES STREET, LLC<br>c/o Empire Leasing, Inc.<br>1627 K Street, N.W., Suite 710<br>Washington, D.C.  20006<br><br>Serve:  Corporation Service Company<br>         1156 15th Street, N.W., Suite 605<br>         Washington, D.C. 20005<br>and<br><br>DAVID SCHAEFFER<br>2424 Kalorama Road, N.W.<br>Washington, D.C. 20008<br><br>       Defendants. | Civil Action No. _____ |

## COMPLAINT FOR MONEY JUDGMENT

Fulton Bank, N.A. (the "Bank") alleges as follows:

1. The Bank is a national banking association with its headquarters in Lancaster, Pennsylvania.

2. 1705 DeSales Street, LLC is a District of Columbia limited liability company and resides at 1627 K Street, N.W., Suite 710, Washington, D.C. 20006.

3. David Schaeffer resides at 2424 Kalorama Road, N.W., Washington, D.C. 20008.

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(i) because there is complete diversity of citizenship between the parties and the amount in

controversy exceeds $75,000.00.

5. 1705 DeSales Street, LLC and David Schaeffer (collectively, the "Defendants") are indebted to the Bank under a Deed of Trust Note dated June 7, 2021 in the original principal amount of $4,700,000.00, modified by a 2022 Amendment to Loan Agreement and Related Promissory Note dated August 15, 2022, and a Loan Modification Agreement dated May 1, 2025 (collectively, the "Note").  A copy of the Note is attached as **Exhibit No. 1**.

6. This Court has personal jurisdiction over the Defendants and venue is proper.

7. The Note is in payment default.

8. The Bank has accelerated the debt under the Note.

9. As of February 9, 2026, principal of $3,811,440.56, interest of $128,692.54, late fees of $6,902.88, appraisal charges of $12,825.00 (total $3,959,860.98), plus legal fees and expenses, were due under the Note. Interest accrues at the rate of $656.43 per day.

WHEREFORE, Fulton Bank, N.A. demands judgment in its favor and against Defendants 1705 DeSales Street, LLC and David Schaeffer in the amount of $3,959,860.98, plus interest on the unpaid principal sum at the rate of $656.43 per diem from February 9, 2026, plus costs and attorney's fees in an amount to be determined by the Court.

Dated: February 13, 2026               /s/ *David S. Musgrave*
                                       David S. Musgrave (D.C. Bar No. 382428)
                                       Gordon Feinblatt LLC
                                       1001 Fleet Street, Suite 700
                                       Baltimore, Maryland 21202
                                       (410) 576-4194 – Phone/Fax
                                       dmusgrave@gfrlaw.com

                                       *Attorneys for Fulton Bank, N.A.*

42372\154758\12304949.v1